UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH P. PAYNE

CIVIL ACTION

VERSUS

NO. 06-398-D-M2

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, ET AL

# N O T I C E

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have ten (10) days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written recommendations within ten (10) days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

**ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.**

Signed in chambers in Baton Rouge, Louisiana, March 16, 2007.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH P. PAYNE

VERSUS

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, ET AL

CIVIL ACTION

NO. 06-398-D-M2

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

By order of the Court on February 8, 2007, plaintiff was given ten (10) days from the date of the order in which to effect service upon the defendants in this case and was notified that the defendants would be dismissed if service was not perfected. A review of the record now indicates that the plaintiff has failed to effect service upon these defendants.

Rule 4(m) of the Federal Rules of Civil Procedure provides that:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant ....

In the instant case, more than 120 days have passed since the filing of the initial Complaint in this Court, as the complaint was filed June 8, 2006 and more than 10 days have passed since he was ordered to make service. The plaintiff has been provided with notice that he must effect service upon the defendants or they would be dismissed. Accordingly, the plaintiff's action against these defendants should be dismissed for failure to serve the defendants as required by law.

**RECOMMENDATION**

It is the recommendation of the Magistrate Judge that the plaintiff's Complaint be dismissed, without prejudice, as he has failed to serve any of the defendants as mandated by Rule 4(m), Federal Rules of Civil Procedure.

Signed in chambers in Baton Rouge, Louisiana, March 16, 2007.

_____
**MAGISTRATE JUDGE CHRISTINE NOLAND**