UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH P. PAYNE

VERSUS

PROVIDENT LIFE AND ACCIDENT
INSURANCE COMPANY, ET AL.

CIVIL ACTION

NO. 06-398-D-M2

FILED
U.S. DIST COURT
         OF LA
2007 APR -2  P 4: 02

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated March 16, 2007 (doc. no. 9) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's Complaint is DISMISSED, without prejudice, as he has failed to serve any of the defendants as mandated by Rule 4(m), Federal Rules of Civil Procedure.

Baton Rouge, Louisiana, this _____ day of April, 2007.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA